**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**STEPHAN RASHE BOARD,**

**Plaintiff,**

**v.** **Case No. 25-CV-1945**

**CLAYTON HOUSLER,**

**Defendant.**

---

## DECISION AND ORDER DENYING PLAINTIFF'S MOTIONS FOR RECONSIDERATION

---

Plaintiff Stephan Rashe Board is currently incarcerated at Waupun Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. He is proceeding on an Eighth Amendment excessive force claim against CO Clayton Housler. On August 26, 2026, the Court granted Defendants CO John Reynolds, Cora Mcelroy, Lt. Nicholas Knaub, and CO Housler's motion for partial summary judgment and Nurse Theresa Welcher's motion for summary judgment on the ground that Plaintiff failed to exhaust the available administrative remedies as to his deliberate indifference and failure to protect claims before filing this lawsuit. Dkt. No. 64. The Court dismissed Plaintiff's deliberate indifference and failure to protect claims without prejudice and terminated CO Reynolds, Mcelroy, Lt. Knaub, and Nurse Welcher as defendants in this case. *Id.* This matter comes before the Court on Plaintiff's motions for reconsideration.

Plaintiff's motions for reconsideration come under Rule 54(b) of the Federal Rules of Civil Procedure. In the context of multi-claim or multi-party litigation, the rule provides that any order "may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b); *see Moses H. Cone Mem. Hosp. v. Mercury*

*Const. Corp.*, 460 U.S. 1, 12 (1983) (holding that "every order short of a final decree is subject to reopening at the discretion of the district judge").

Plaintiff asserts that he gave the institution notice of his deliberate indifference and failure to protect claims. Essentially, Plaintiff disagrees with the Court's analysis and conclusion. The Court has reviewed its decision and Plaintiff's motions and concludes that there is no basis to alter the August 26, 2026, decision and order. Accordingly, Plaintiff's motions for reconsideration (Dkt. Nos. 65–66) are **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin this 3rd day of September, 2026.

William C. Griesbach
United States District Judge